**Order entered August 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00739-CR

**FREDERICK DOUGLAS FEASTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80927-2017**

## ORDER

Before the Court is court reporter Destiny Moses's August 6, 2018 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before September 5, 2018.

/s/    CRAIG STODDART
         JUSTICE